# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# Augusta Division

Tonya Jenkins,
        Plaintiff

**JUDGMENT IN A CIVIL CASE**

vs.

J.C. Penny, Inc; Linda Vernello; and
Sue Burgess,
        Defendants

Case Number CV107-34

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

## IT IS ORDERED and ADJUDGED

that in accordance with the Order of the Court entered on September 22, 2008, adopting the Report and Recommendation of the Magistrate Judge, the claims for racial and religious discrimination, hostile work environment, and state law claims by the Plaintiff, TANYA JENKINS, against the Defendants, J.C. PENNY, INC., LINDA VERNELLO, and SUE BURGESS, are hereby dismissed.

### IT IS FURTHER ORDERED AND ADJUDGED

that in accordance with the Order of the Court entered August 17, 2009, granting the Defendants' motion for summary judgment as to the Title VII retaliation claims, judgment is

hereby entered in favor of the Defendants, J.C. PENNY, INC., LINDA VERNELLO, and SUE BURGESS, and against the Plaintiff, TONYA JENKINS, as to this claim.

APPROVED: _____
LISA GODBEY WOOD
UNITED STATES DISTRICT COURT JUDGE

Date: August 18, 2009

SCOTT L. POFF, CLERK

By: Sherry Taylor, Deputy Clerk